**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dwayne DUHON, Defendant–Appellant.**

**No. 11–10182**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 7, 2011.

Steven E. Butler, Assistant U.S. Attorney, Vicki M. Davis, Donna Barrow Dobbins, Eugene Seidel, Assistant U.S. Attorney, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

William Gregory Hughes, Attorney at Law, Mobile, AL, Dwayne Duhon, Brewton, AL, for Defendant–Appellant.

Before HULL, PRYOR and HILL, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Dwayne Duhon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Duhon's convictions and sentences are **AFFIRMED.**